# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>Judge Sheryl H. Lipman |

## JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Defendant Evolve Bank & Trust ("Evolve" or "Defendant") and Plaintiffs Samantha Walker, Steven Mason, Tracy E. Starling, Terrance Pruitt, Duncan Meadows, Zachary Grisack, Christina Fava, Laura Robinson, Jo Joaquim, Nicole Petersen, Mark D. Van Nostrand, Sharyn Jackson, Evin Jason Shefa, and Lisa Adewole ("Plaintiffs" and collectively, the "Parties"), hereby move the Court for a 7-day extension of the deadline to file a motion for preliminary approval of the settlement.

On February 21, 2025, the Parties filed a joint notice to inform the Court that they have reached an agreement in principle on certain terms of a settlement that would resolve claims in the above-captioned multidistrict litigation (the "MDL"), indicated that a motion for preliminary approval of the settlement will be filed by March 14, 2025, and requested a stay of all deadlines in the MDL, including the February 28, 2025 status conference. *See* ECF 59. On February 25, 2025, the Court continued the status conference in light of the Parties' notice of settlement. *See* ECF 60. Since that time, the Parties have diligently continued engaging in good-faith settlement discussions and made significant progress. However, the Parties need additional time to finalize the terms of the settlement and execute the settlement agreement.

Accordingly, the Parties jointly request a 7-day extension of time, up to and including March 21, 2025, to finalize and execute the settlement agreement and for Plaintiffs to file a motion for preliminary approval.

THIS the 13th day of March 2025.                    Respectfully Submitted,

                                                    **ORRICK HERRINGTON & SUTCLIFFE LLP**

                                              By:*/s/ Aravind Swaminathan*
                                                    Aravind Swaminathan (WA Bar No. 33883)
                                                    401 Union Street, Ste. 3300
                                                    Seattle, WA 98101
                                                    (206) 839-4340
                                                    aswaminathan@orrick.com

                                                    Marc R. Shapiro (NY Bar No. 4403606)
                                                    51 West 52nd Street
                                                    New York, NY 10019-6142
                                                    (212) 506-3546
                                                    mrshapiro@orrick.com

                                                    Amisha R. Patel (DC Bar No. 1005420)
                                                    2100 Pennsylvania, NW
                                                    Washington, DC 20037
                                                    (202) 339-8457
                                                    (202) 339-8401 (fax)
                                                    apatel@orrick.com

                                                    *Attorneys for Defendant Evolve Bank & Trust*

                                              By: */s/ J. Gerard Stranch, IV*
                                                    J. Gerard Stranch, IV (BPR 23045)
                                                    Grayson Wells (BPR 039658)
                                                    **Stranch, Jennings & Garvey, PLLC**
                                                    The Freedom Center
                                                    223 Rosa L. Parks Avenue, Suite 200
                                                    Nashville, TN 37203
                                                    Tel: (615) 254-880
                                                    gstranch@stranchlaw.com
                                                    gwells@stranchlaw.com

                                                    *Lead Class Counsel*

                                                    Gary M. Klinger
                                                    **MILBERG COLEMAN BRYSON
                                                    GROSSMAN, PLLC**
                                                    227 W. Monroe Street, Suite 2100
                                                    Chicago, IL 60606
                                                    Tel: (866) 252-0878
                                                    gklinger@milberg.com

2

Lynn A. Toops
Amina Thomas
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Jeff Ostrow
**KOPELOWITZ OSTROW, P.A.**
1 W. Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Linda Nussbaum
**NUSSBAUM LAW GROUP P.C.**
1133 Avenues of the Americas, 31st Floor
New York, NY 10036
Tel: (917) 438-9102
lnussbaum@nussbaumpc.com

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

Scott Poynter
**POYNTER LAW GROUP**
4924 Kavanaugh Boulevard
Little Rock, AR 72207
Tel: (501) 812-3943
scott@poynterlawgroup.com

*Members of the Class Counsel Executive Committee*

>
> Frank L. Watson, III
> **WATSON BURNS, PLLC**
> 253 Adams Avenue
> Memphis, TN 38104
> Tel: (901) 529-7996
> fwatson@watsonburns.com
>
> *Class Liaison Counsel*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day filed the above JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 13th day of March 2025.

*/s/ Aravind Swaminathan*
Aravind Swaminathan

Case 2:24-md-03127-SHL-cgc   Document 62   Filed 03/13/25   Page 5 of 5   PageID 425